# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-2527

VICTORIA FLORES, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

---

**STIPULATED MOTION REGARDING FILING DEADLINES FOR AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT**

---

Plaintiff Victoria Flores ("Plaintiff") and Defendant Bank of America, N.A. ("Defendant") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby submit this Stipulated Motion Regarding Filing Deadlines for Amended Complaint and Response to Amended Complaint:

    1.    Certificate of Compliance: Pursuant to Local Rule 7.1(a), counsel for the Parties certify that they have conferred on and stipulated to the relief requested in this Motion.

    2.    On October 3, 2018, Plaintiff filed a putative class action complaint ("Complaint") against Defendant alleging five causes of action: (1) breach of contract; (2) breach of the implied covenant of good faith and fair dealing ("GFFD"); (3) violation of the Colorado Consumer Protection Act ("CCPA"), Colo. Rev. Stat. § 6-1-101, *et seq.*; (4) conversion; and (5) unjust enrichment. (ECF No. 1.)

    3.    On January 7, 2019, Defendant filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF No. 8.)

    4.    After oral argument on June 7, 2019 (ECF No. 35), the Court granted in part and denied in part Defendant's Motion and permitted Plaintiff leave to amend consistent with the Court's Order (ECF No. 36).

5. In its June 7, 2019 Order, the Court did not set a deadline for Plaintiff to file an Amended Complaint. (*Id.*)

6. On June 21, 2019, the Parties met and conferred and agreed that the following schedule is appropriate with respect to an amended pleading, should Plaintiff choose to file one, and Defendant's response thereto:

- Deadline to file an Amended Complaint: July 15, 2019;
- Deadline to respond to the Complaint or Amended Complaint: August 14, 2019.[1]

WHEREFORE, the Parties have agreed to a proposed deadline for Plaintiff's Amended Complaint and a deadline for Defendant's response to Plaintiff's operative complaint, the Parties respectfully request that the Court enter the Parties' proposed deadlines.

Dated: June 21, 2019

By: /s/ William K. Pao
William K. Pao
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
wpao@omm.com

*Attorney for Defendant
Bank of America, N.A.*

Dated: June 21, 2019

By: /s/ Sophia Goren Gold
Sophia Goren Gold
KALIEL, PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
Telephone: (202) 871-8180
sgold@kalielpllc.com

*Attorney for Plaintiff and the Putative Class*

---

[1] In the event Plaintiff does not choose to file an Amended Complaint, Defendant shall respond to Plaintiff's Complaint on or before August 14, 2019.

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of June 2019, I electronically filed the foregoing **STIPULATED MOTION REGARDING FILING DEADLINES FOR AMENDED COMPLAINT AND RESPONSE TO AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the individuals listed below. Also, pursuant to this Court's Practice Standard II.D.2.b, I served the foregoing on Jim Ciccone, Associate General Counsel for my client Bank of America N.A., who received service on Bank of America N.A.'s behalf. Plaintiff's counsel has informed me that he will serve the foregoing on his client, Victoria Flores.

Brittany Courtney Casola
CARLSON LYNCH SWEET KILPELA
& CARPENTER, LLP
1350 Columbia Street
Suite 603
San Diego, CA 92101
619-762-1900
Email: bcasola@carlsonlynch.com

Edwin J. Kilpela , Jr.
CARLSON LYNCH SWEET KILPELA
& CARPENTER LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
412-322-9243
Fax: 412-231-0246
Email: ekilpela@carlsonlynch.com

Sophia Goren Gold
KALIEL, PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
202-350-4783
Fax: 202-871-8180
Email: sgold@kalielpllc.com

Jeffrey Douglas Kaliel
KALIEL, PLLC
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
202-350-4783
Email: jkaliel@kalielpllc.com

*Attorneys for Plaintiff and the Putative Class*

Elizabeth L. McKeen
O'MELVENY & MYERS, LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429
949-823-7150
Fax: 949-823-6994
Email: emckeen@omm.com

Edgar Hernandez Martinez
O'MELVENY & MYERS, LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660-6429
949-823-6900
Fax: 949-823-6994
Email: emartinez@omm.com

*Attorneys for Defendant Bank of America, N.A.*

/s/ William K. Pao
   William K. Pao