IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-02527

VICTORIA FLORES, on behalf of herself and all others similarly situated,

    Plaintiff,

    v.

BANK OF AMERICA, N.A.

    Defendant.

## AMENDED SCHEDULING ORDER

On June 13, 2019, the Court issued an Order granting in part and denying in part Defendant Bank of America, N.A.'s ("Defendant") Motion to Dismiss (the "Order"). (ECF No. 36.) In the Order, the Court instructed Plaintiff Victoria Flores ("Plaintiff") and Defendant (together with Plaintiff, the "Parties") to conduct discovery on the following three issues:

- where Flores's account "is located" for purposes of the Governing Law Clause;
- Bank of America's choice to notify eBanking account holders of the upcoming Core Checking conversion by way of, allegedly, a notice in only one bank statement;
- any other notices Bank of America sent to eBanking account holders about the conversion to Core Checking.

(ECF No. 36.) The Court also ordered that, following discovery, Defendant and Plaintiff may move for summary judgment on the following questions:

- Which state's law applies (if still disputed)?

- Does the applicable state's law recognize a claim for breach of the implied covenant of good faith and fair dealing of the type that Flores brings here?

- Assuming that breach of the implied covenant of good faith and fair dealing is a viable claim, does Flores have sufficient evidence from which a reasonable jury could find in her favor on that claim? (Or, in any cross-motion from Flores, could a reasonably jury fail to find a breach of the covenant of good faith and fair dealing?)

(*Id.*)  Finally, the Court instructed the Parties to contact the Hon. Kristen L. Mix's chambers to begin the process of preparing a scheduling order consistent with the Order relating to discovery and summary judgment.  (*Id.*)

Pursuant to the Order, and after having contacted Judge Mix's chambers, the Parties, by and through their respective counsel of record, hereby submit this Amended Scheduling Order.

### 1.     DISCOVERY

Deadline for Court-Ordered Discovery:  The Parties shall have 120 days from July 1, 2019, to conduct discovery on the three issues enumerated in the Order.  (ECF No. 36.)  This limited discovery period shall end on October 29, 2019.

### 2.     SUMMARY JUDGMENT

Deadline to File Motions for Summary Judgment:  The Parties shall file summary judgment motions per the Court's Order, if any, on or before December 13, 2019.

Briefing Schedule:  The Parties shall oppose their counterparty's summary judgment motion, if any, on or before January 10, 2020.  Replies, if any, shall be filed on or before January 31, 2020.

Additional Dates:  If the Parties do not move for summary judgment, the Parties shall submit a proposed case plan and schedule on or before December 27, 2019.  If any Party moves for summary judgment, the Parties shall submit a proposed case plan and schedule within fourteen (14) days of the Court's order on summary judgment.

### 3. DATES FOR FURTHER CONFERENCES

*[The magistrate judge will complete this section at the scheduling conference if he or she has not already set deadlines by an order filed before the conference.]*

    a.    Status conferences will be held in this case at the following dates and times:

        _____.

    b.    A final pretrial conference will be held in this case on _____ at o'clock _____m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven (7) days before the final pretrial conference.

### 4. AMENDMENTS TO SCHEDULING ORDER

The scheduling order may be altered or amended only upon a showing of good cause.

DATED at Denver, Colorado, this _____ day of _____, 2019.

                                                          BY THE COURT:

                                                          _____

                                                          United States Magistrate Judge

APPROVED:

KALIEL, PLLC

/s/ Sophia Goren Gold
Sophia Goren Gold
1875 Connecticut Avenue NW
10th Floor
Washington, DC 20009
Telephone: (202) 871-8180
sgold@kaliel.com

*Attorney for Plaintiff and the Putative Class*

O'MELVENY & MYERS LLP

<u>/s/ William K. Pao</u>
William K. Pao
400 South Hope Street, 18th Floor
Los Angeles, California 90071
Telephone:   (213) 430-6000
Facsimile:    (213) 430-6407

*Attorney for Defendant Bank of America, N.A.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 27th day of June, 2019, the foregoing document was filed electronically on the CM/ECF system, which caused all CM/ECF participants to be served by electronic means.

/s/ William K. Pao
William K. Pao