IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-02527-WJM-KLM

VICTORIA FLORES,
on behalf of herself and all others similarly situated,

    Plaintiff,

v.

BANK OF AMERICA, N.A.,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' proposed **Amended Scheduling Order** [#40]. Pursuant to the Scheduling Order in this case, the parties agreed that setting a case plan and schedule would be more appropriate after the Court ruled on Defendant's Motion to Dismiss Plaintiff's Complaint and, In the Alternative, Strike Class Allegations [#8] (the "Motion to Dismiss"). [#20] § 9. The parties further agreed that, if this action was not dismissed, the parties would submit a proposed case plan and schedule within fourteen days after the Court's ruling on the Motion to Dismiss. *Id.* On June 13, 2019, the presiding District Judge issued his Order [#36] granting in part and denying in part Defendant's Motion to Dismiss. Accordingly, the parties timely submitted the Amended Scheduling Order [#40] on June 27, 2019, which includes a proposed case management schedule regarding discovery and the filing of motions for summary judgment in accordance with the presiding District Judge's Order [#36].[1]

IT IS HEREBY **ORDERED** that the parties' proposed Amended Scheduling Order [#40] is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: July 1, 2019

---

[1] The Court notes that although the parties seek to enter the Amended Scheduling Order as an Order of the Court, the proposed order was not filed as a motion and no written motion was attached. In the future, the parties should file a motion and attach the proposed order as an exhibit. However, in the interest of expediency, the Court has reviewed the Amended Scheduling Order for entry on the docket.